UNITED STATES of America,
Plaintiff–Appellee,

v.

Roy Lee CLARK, Defendant–Appellant.

No. 90–6011.

United States Court of Appeals,
Sixth Circuit.

Sept. 10, 1990.

ORDER

Before: KENNEDY and MILBURN, Circuit Judges; and PECK, Senior Circuit Judge.

Defendant Roy Lee Clark, appeals the district court's order affirming, following a de novo review, the magistrate's order that the defendant be detained pending trial. The government has filed a brief opposing Clark's pretrial release. Upon consideration of the relevant documents, we conclude that the district court did not err in denying pretrial release. *See* 18 U.S.C. § 3142(e); *United States v. Hazime,* 762 F.2d 34 (6th Cir.1985).

It is therefore ORDERED that the district court's order denying pretrial bond is affirmed.